■ MARY HERBST et al., Respondents, v MARK MARSHALL, Appellant. (Action No. 1.) MARY HERBST et al., Respondents, v KENNETH F. GOULDING, Respondent. (Action No. 2.) (Appeal No. 1.) [853 NYS2d 518]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Centra, Lunn, Green and Gorski, JJ.